

**BASHIAN PAPANTONIOU**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020

VIA CM/ECF

December 9, 2020

United States District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Juscinska v. FHR Seattle Operations LLC, Case No.: 1:20-cv-8729-JGK**

Dear Judge Koeltl:

Please be advised that this office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action. The parties remain in the final stages of drafting and exchanging a settlement agreement for execution. Respectfully, we are requesting together with counsel for the defendant, a stay of all deadlines and conferences for twenty one (21) days so that the parties can finalize the settlement agreement and file a stipulation of dismissal.

We thank the Court for your time and consideration in this matter.

*Application denied as moot. The Court already issued a 30 day order on 12/9/20. See ECF No. 7. So ordered.*
*John G. Koeltl / U.S.D.J. 12/9/20*

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc: Jennifer S. Rusie, Esq. *(via CM/ECF)*

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530 T: (516) 279-1555 F: (516) 213-0339 WWW.BASHPAPLAW.COM